IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY CALIFORNIA, INC., | |
| Plaintiff, | **8:17CV112** |
| vs. | |
| JAMES MORAN, M&M SALES, INC., and DIRECT LIGHTING, L.L.C., | **ORDER** |
| Defendants. | |

After conferring with counsel,

IT IS ORDERED:

1)    On or before May 16, 2018, Plaintiff shall file any motion, if any, challenging Defendants' objections to the Plaintiff's proposed subpoena for service on Raymour and Flanigan; and Defendants shall file any motion, if any, to include an Attorney Eyes Only provision in the parties' protective order for this litigation.  A response to any motion filed under this paragraph shall be filed on or before May 25, 2018. No reply shall be filed absent leave of the court for good cause shown.

2)    The parties' joint motion to modify, (Filing No. 27), is granted in part. The current case progression deadlines, including the trial and pretrial conferences settings, are vacated pending further order of the court.
**Note:** Discovery is not stayed—only the deadlines for completing it are vacated.

3)    A telephonic conference with the undersigned magistrate judge will be held on August 21, 2018 at 9:00 a.m. to discuss the outcome of the parties'

ongoing effort to specifically identify which lamps sold by Raymour and Flanigan are actually at issue in this case and their discovery related to those lamps. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 19), to participate in the call.

Dated this 9th day of May, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge